UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KIMBERLY SNOVER and STEVEN SNOVER, <br><br> Plaintiffs, <br><br> vs. <br><br> FCA US, LLC; AUTONATION CHRYSLER DODGE JEEP RAM; and DOES 1 through 10, inclusive <br><br> Defendants. | Case No.: 2:21-cv-08553-SSS-ASx <br><br> District Judge: Hon. Sunshine Suzanne Sykes <br><br> **JUDGMENT PER FRCP 68** |
|---|---|

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs KIMBERLY SNOVER and STEVEN SNOVER ("Plaintiffs") accepted Defendants FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on June 29, 2022, attached as Exhibit 1 to the Request of Entry of Judgment [Dkt. 35].

Accordingly, JUDGMENT is entered in favor of Plaintiffs pursuant to the terms of the Rule 68.

Date: August 24, 2022

_____
Irene Vazquez, Deputy Clerk